Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| **J & J Sports Productions, Inc.** | **Case No. 1:14-cv-01361-JAM-BAM** |
| **Plaintiff,** | **PLAINTIFF'S REQUEST TO CONTINUE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT; AND ORDER** |
| vs. | |
| **Jose A. Mendoza, et al.,** | |
| **Defendants.** | |

**TO THE HONORABLE BARBARA A. MCAULIFFE, THE DEFENDANTS, AND THEIR ATTORNEYS OF RECORD**:

Plaintiff J & J Sports Productions, Inc. hereby respectfully requests an order continuing the hearing on Plaintiff's Application for Default Judgment presently set for Friday, April 24, 2015 at 9:00 A.M. before the Honorable Barbara A. McAuliffe at the United States District Court, located at 2500 Tulare Street, Fresno, California 93721.

Plaintiff's request for the continuance is necessitated by the fact that Plaintiff's counsel of record (Thomas P. Riley), in the instant action, has several calendaring conflicts on Friday, April 24, 2015.  Specifically, Mr. Riley is scheduled to personally appear before Ms. Gail Killefer, ADR Program Director of the U.S.D.C. for the Central District of California, Western Division for seven (7) different mediations that same day also in the matters of *J & J Sports Productions, Inc. v.*

*Moreno,* (Case No. 2:14-cv-06949-WDK-PLA for a mediation at 9:00 A.M. (ECF# 11)); and in *J & J Sports Productions, Inc. v. Alarcon, et al.,* (Case No. 5:14-cv-01867-WDK-PLA for a mediation at 10:00 A.M.) (ECF# 13); and in *J & J Sports Productions, Inc. v. Casado, et al.,* (Case No. 2:14-cv-06978-WDK-PLA for a mediation at 11:00 A.M.)(ECF# 14); and in *J & J Sports Productions, Inc. v. Kafil, et al.,* (Case No. 2:14-cv-07073-WDK-PLA for a mediation at 12:00 P.M.)(ECF# 13); and in *J & J Sports Productions, Inc. v. Monroy,* (Case No. 2:13-cv-06705-WDK-PLA for a mediation at 1:00 P.M.)(ECF# 19); and in *J & J Sports Productions, Inc. v. Salgado-Mejia,* (Case No. 2:13-cv-06733-WDK-PLA for a mediation at 2:00 P.M.)(ECF# 33); and in *J & J Sports Productions, Inc. v. Gonzalez,* (Case No. 2:13-cv-09062-WDK-PLA for a mediation at 3:00 P.M.)(ECF# 21)

**WHEREFORE**, the Plaintiff respectfully requests that this Honorable Court continue the hearing on Plaintiff's Application for Default Judgment, presently scheduled for Friday, April 24, 2015 at 9:00 a.m. to the date of Friday, June 5, 2015 at 9:00 A.M., (a date and time which Plaintiff's counsel's staff previously cleared with the Chambers of the Honorable Barbara A. McAuliffe).

Respectfully Submitted,

Dated:  April 14, 2015            */s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C**.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

///

///

///

///

///

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff's Notice of Request to Continue Plaintiff's Notice of Motion and Motion for Default Judgment hearing in civil action 1:14-cv-01361-JAM-BAM styled *J & J Sports Productions, Inc. v. Mendoza, et al.,* is hereby continued from Friday, April 24, 2015 to the new date of Friday, June 5, 2015 at 9:00 a.m. before Judge McAuliffe.

IT IS SO ORDERED.

Dated:   **April 15, 2015**                    /s/ *Barbara A. McAuliffe*
                                                                UNITED STATES MAGISTRATE JUDGE